In re Littleton, Louzallie Estate of; Lit-tleton, W.C.; Allen, Robert; Littleton, Lin-nie; Barkley, Charles; Littleton, Regna; Barkley, Clyde; Littleton, Seabron; Barkley, George Weis; Littleton, Theodore R.; Bond, Patricia Ann Allen; Naron, Patsy Allen; Dow, Yvonne Allen; O’Barr, Loyce Littleton; Littleton, Courtney; Roye, Mattie Littleton; Littleton, Fred B. Jr.; Swan-ner, Annie Joy Barkley; Littleton, Heron; Taylor, Lizzie Emma Littleton; Littleton, Huey; Littleton, Leeander; applying for writ of certiorari and/or review; to the Court of Appeal, Second Circuit, No. 17052-CA; Parish of Union, 3rd Judicial District Court, Div. “B”, No. 4751.
*1106 Prior report: La.App., 471 So.2d 927.
Denied.
DENNIS, J., would grant the writ.